

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00028-CV

| | | |
|---|---|---|
| IN RE SKIPPER JOEL BERTRAND, M.D., CHARLES YIENG-CHU SU, M.D., AND BEACON EMERGENCY SERVICES TEAM, P.A. | § | Original Proceeding |
| | § | On Appeal from the 48th District Court |
| | § | of Tarrant County (048-300202-18) |
| | § | April 16, 2020 |
| | | Opinion by Justice Wallach |

## JUDGMENT

This court has considered the petition for writ of mandamus filed by relators Skipper Joel Bertrand, M.D., Charles Yieng-Chu Su, M.D., and Beacon Emergency Services Team, P.A., the response filed by real parties in interest Lori Rawson and Michael Rawson, the relators' reply, all supplemental and letter briefs, and the mandamus record. Accordingly, we conditionally grant Skipper Joel Bertrand, M.D., Charles Yieng-Chu Su, M.D., and Beacon Emergency Services Team, P.A.'s petition for writ of mandamus and direct the trial court to vacate its order denying their

motion for leave to designate responsible third parties.  The writ will issue only if the trial court fails to do so.

It is further ordered that real parties in interest Lori Rawson and Michael Rawson shall jointly and severally pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
     Justice Mike Wallach